IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:14-CR-00078-1BO
NO. 7:14-CR-00078-2BO
NO. 7:14-CR-00078-4BO
NO. 7:14-CR-00078-5BO
NO. 7:14-CR-00078-7BO
NO. 7:14-CR-00078-8BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| VICTOR FRANCISCO VALLADARES | ) | |
| JUSTICE DEVON PRICE | ) | |
| TONY SHAHEEN DAVIS | ) | |
| VICTOR MANUEL DAVILA | ) | |
| PEARLIE ARMSTRONG | ) | |
| RONALD LEE HARRY | ) | |

This matter comes now before this Court upon motion by the United States, by and through the United States Attorney, with the consent of the above-captioned defendants, through their counsel, for an order setting pre-trial scheduling dates in the above captioned case.

For good cause shown, the motion is GRANTED. In accordance with the proposed schedule, the deadlines in this matter SHALL BE:

| **Event** | **Date** |
|---|---|
| Pre-trial Motions | January 4, 2015 |
| Pre-trial Motion Responses | January 25, 2015 |
| Status Conference | February 2, 2015 |

Arraignment and Trial Date(s)    To be determined at the scheduling conference on February 2, 2015

For good cause shown, all time from the date of this order until the date of the status conference is excluded in computing the time within which the trial must commence pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and (h)(7)(B)(ii). The ends of justice served by taking this action outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Additionally, this case is also so unusual and complex that it is unreasonable to expect adequate preparation for pretrial proceedings and for the trial itself within the usual time limits. 18 U.S.C. § 3161(h)(7)(B)(ii).

SO ORDERED, this __24__ day of __October__, 2014.

_____
TERRENCE W. BOYLE
United States District Judge

2